NO. 07-01-0104-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

JUNE 28, 2001

______________________________

CHERYL MCFALL, APPELLANT

V.

D-J INVESTMENTS, D/B/A CORONADO SHOPPING CENTER,

PAMPA, TEXAS, APPELLEE

_________________________________

FROM THE COUNTY COURT OF GRAY COUNTY;

NO. 4133; HONORABLE RICHARD PEET, JUDGE

_______________________________

Before BOYD, C.J., and REAVIS and JOHNSON, JJ.

Appellant Cheryl McFall brings this appeal from a judgment entered against her for unpaid rent, utility charges, and other fees owed under a lease agreement.  For the reasons expressed, we dismiss the appeal.

The order giving rise to this appeal was entered on January 25, 2001.  The clerk’s record was thereafter filed with this court on March 22, 2001, and the docketing statement indicates there is no reporter’s record.  That being so, appellant’s brief was due to be filed on April 23, 2001.  Tex. R. App. P. 38.6(a).  To date, neither a brief nor a motion for extension of time has been filed.

On June 7, 2001, this court notified appellant that if she did not file a response by June 19, 2001, reasonably explaining her failure to file a brief together with a showing that appellee has not been significantly injured due to such failure, the appeal would be subject to dismissal for want of prosecution.  Tex. R. App. P. 38.8(a)(1).  We have received no response.

Accordingly, the appeal is hereby dismissed. 

John T. Boyd

 Chief Justice

Do not publish.